# UNITED STATES DISTRICT COURT
## Western District of Washington

Plaintiff: Darren Lee Smith

vs.

Defendant(s): Capital One

Case Number: 3:21-cv-05867-BHS

**DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS**

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) **Darren Lee Smith** declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows: **I am low income and on SSDI.**

FILED ___ LODGED ___ RECEIVED
NOV 30 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes  Total amount of net monthly salary (take home pay) $ _____
   
   Name and address of employer _____
   
   ☒ No  Date of last employment **2016**  Total amount of last net monthly salary $ **N/A**

2. If married, is your spouse presently employed?  ☒ Not married

   ☐ Yes  Total amount of spouse's net monthly salary (take home pay) $ _____
   
   Name and address of employer _____
   
   ☐ No  Date of spouse's last employment _____  Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment                                $ 0
   b. Income from rent, interest or dividends                                      $ 0
   c. Pensions, annuities or life insurance payments                               $ 0
   d. Disability, unemployment, workers compensation or public assistance          $ 0
   e. Gifts or inheritances                                                        $ 0
   f. Money received from child support or alimony                                 $ 0
   g. Describe any other source of income **SSI/SSDI**                             $ 800.00

Page 1 of 2

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 40     Checking Account $ N/A     Savings Account $ 0

5. Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☐ Yes
☒ No

$ 0

6. Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children.)

☐ Yes
☒ No

$ 0

7. Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

gas, car, food, rent, utilities, household items, necessities.

$ 2000.00

8. Provide any other information that will help explain why you cannot pay court fees and costs.

rent is $1,200. gas is $80 food is $500.00 self care $100.00 I only recieve $800 ssi/ssdi a month

I declare under penalty of perjury that the foregoing is true and correct.

11/23/2021
**Executed on: (Date)**     **Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) Darren Lee Smith

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

11/23/2021
**Executed on: (Date)**     **Signature of Plaintiff (Required)**

I left total confinement on  5/8/10  .

Respectfully submitted,

_____   Darren Smith      3/19/2021
Defendant signature           Print name          Date

7650 40Th St W apt 63   University Place   WA   98466
Address                   city              state  zip

## 2. FINANCIAL STATEMENT/DECLARATION

☐ Public Assistance. I receive the following assistance –
  ☑ Supplemental Security Income (SSI)
  ☑ Social Security Disability Insurance (SSDI)
  ☑ Food Stamp (Basic Food/SNAP) Program
  ☐ Federal poverty-related veteran's benefits
  ☑ Aged, blind or disabled (ABD) or Housing and Essential Needs (HEN) benefits (previously GA-U, GA-X)
  ☐ Medical care services under RCW 74.09.035 (MCS)
  ☐ Pregnant women assistance benefits (PWA)
  ☐ Refugee resettlement benefits
  ☑ Medicaid
  ☑ Federal Temporary Assistance for Needy Families (TANF)
  ☐ Other _____

☑ My household income is at or below 125% of the federal poverty guidelines (FPG).

☐ My household income is above 125% FPG but I have recurring basic living expenses making me unable to pay the LFOs imposed. My best estimate of my monthly income and expenses is as follows:

MOTION TO WAIVE OR REDUCE LFO'S AND
FINANCIAL STATEMENT/DECLARATION
Page 2 of 4

NAME: Darren Smith
ADDRESS: 7650 40Th St W apt 63
         University Place, WA 98466

| | | | |
|---|---|---|---|
| [X] I provide support to people who live with me How many? 0  Age(s): N/A | | | |
| **My Monthly Income:** $800.00 | | **My Monthly Household Expenses:** | |
| Employed [ ]   Unemployed [ ] | | Rent/Mortgage: | $ 59 |
| Employer's Name: | | Food/Household Supplies: | $ 300-400 |
| Gross pay per month (salary or hourly pay): | $ | Utilities: | $ N/A |
| Take home pay per month: | $ | Transportation: | $ 50 - 100 |
| Other Sources of Income Per Month in my Household: | | Ordered Maintenance actually paid: | $ |
| Source: N/A | $ 0 | Ordered Child Support actually paid: | $ |
| Source: | $ | Clothing: | $ |
| Source: | $ | Child Care: | $ |
| Source: | $ | Education Expenses: | $ |
| Sub-Total: | $ 0 | Insurance (car, health): | $ |
| [ ] I receive food stamps. | | Medical Expenses: | $ |
| Total Income (all sources added together): | $ | Sub-Total: | $ 559.00 |
| | | | |
| Cash on hand: | $ | | $ |
| Checking Account Balance: | $ 1,000.00 | | $ |
| Savings Account Balance: | $ 25 | | $ |
| Auto #1 (Value less loan): | $ | | $ |
| Auto #2 (Value less loan): | $ | Sub-Total: | $ |
| Home (Value less mortgage): | $ | **My Other Debts with Monthly Payments:** | |
| Other: | $ | N/A | $ 0 /mo |
| Other: | $ | | $ /mo |
| Other: | $ | | $ /mo |
| Other: | $ | | $ /mo |
| Other: | $ | Sub-Total: | $ 0 |
| Total Household Assets: | $ 1,000.00 | Total Household Expenses and Debts (all monthly expenses added together) | $ 559.00 |

MOTION TO WAIVE OR REDUCE LFO'S AND
FINANCIAL STATEMENT/DECLARATION
Page 3 of 4

NAME: Darth Lee Smith
ADDRESS: 7650 40th St W apt 63
University Place, WA

☑ Efforts to Pay Fines. I attached a copy of my LFO accounting summary showing how much, if any, I have been able to pay toward my LFOs.

☑ Other Hardships (such as illness, jail, crime victim). I have these hardships that prevent me from paying my LFOs –

_I am on long term disability, I am a "child sponsor", monthly donor to "THORN" and have limited income._

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at (city and state): __Tacoma, WA__   Date: __3/9/2021__

_____   __Darren Smith__
Signature of Defendant         Print or type name

MOTION TO WAIVE OR REDUCE LFO'S AND
FINANCIAL STATEMENT/DECLARATION
Page 4 of 4

NAME  Darren Smith
ADDRESS  7650 40th St W apt 63
         University Place, WA 98466

M7

# Social Security Administration
## Retirement, Survivors, and Disability Insurance
Notice of Award

Office of Central
Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: March 24, 2020
BNC#: 20M1988D70004-A

0002194 00008897   2 MB 0.439 0319MACTR7PI T43 P8
DARREN L SMITH
7650 40TH ST W APT 63
UNIVERSITY PLACE WA   98466-3816

We are writing to let you know that you are entitled to monthly disability benefits from Social Security beginning July 2015.

## Your Benefits

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums and worker's compensation offset. We must also round down to the nearest dollar.

| Beginning Date | Benefit Amount | Reason |
|---|---|---|
| July 2015 | $ 412.20 | Entitlement began |
| December 2016 | $ 413.40 | Cost of living adjustment |
| December 2017 | $ 421.60 | Cost of living adjustment |
| December 2018 | $ 433.40 | Cost of living adjustment |
| December 2019 | $ 440.30 | Cost of living adjustment |

## What We Will Pay

We pay Social Security benefits for a given month in the next month. For example, we pay Social Security benefits for March in April.

- Your first check is for $150.40.
- This is the money you are due through March 2020.
- After that, you will receive $295.00 on or about the third Wednesday of each month.

SEE NEXT PAGE

SUITE A
2661 S 147TH ST
TACOMA WA 98409
Date: April 8, 2020
BNC#:  20S1141B81906 DI

0001420  00001420     4 MB  1.316 SB9FNA T21 P1
SSI M06 04/01 917 20S1141B81906
DARREN L SMITH
7650 40TH ST W APT 63
UNIVERSITY PLACE WA 98466-3816



On February 28, 2020, we made a decision on the request for hearing that you filed on a Supplemental Security Income (SSI) claim dated July 5, 2016. The decision was that you meet the medical requirements to receive SSI. We now find that you meet the non-medical rules. Because of this, you are eligible for SSI as of July 2016 based on being disabled.

The rest of this letter explains your current monthly payment, your back payments, how we figured your payment amount, information about Medicaid, your reporting responsibilities, and your appeal rights.

## Your Current Monthly Payment

Your current monthly payment is $783.00 for May 2020. This amount will continue unless there is a change in the information we use to determine your SSI eligibility and payment amount.

WASHCAP
PO BOX 11699
TACOMA WA 98411-6699



Washington State
Department of Social
& Health Services

Phone # 877-380-5784
TTY/TDD # 877-890-2632
Toll Free # 877-380-5784

11/28/20

Client ID # 002496859

DARREN L SMITH
7650 40TH ST W APT 63
UNIVERSITY PLACE WA 98466-3816

Dear DARREN L SMITH

Your benefit will change beginning 01/01/21

|  | From | To |
|---|---|---|
| Basic Food Assistance (federal) | $115.00 | $110.00 |

Your food benefit will be available on day 2 of each month.

Why are my benefits changing?

**For Food:**

The amount of unearned income you receive has changed.
See WAC rule (Washington Administrative Code): 182-504-0120, 182-509-0320, 182-509-0325, 182-512-0750, 388-418-0020, 388-450-0025, 388-450-0162, 388-492-0020, 388-492-0030, 388-492-0070

You can check these rules online at http://apps.leg.wa.gov/wac/

You can:
*   Apply for benefits, submit a review, or report changes at www.washingtonconnection.org

Write your client ID on all copies you send us. Your client ID is 002496859.

If you disagree with any of our decisions, you may ask to have the case reviewed. You can also ask for an administrative hearing. Administrative hearing rights are included in this letter

WASHCAP UNIT - IPJA
877-380-5784



0008-01 Change in Cash Food Assistance

Client ID= 002496859